IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY EVANS                                                                                           PETITIONER

V.                              Case No. 5:10-CV-380 BSM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                      RESPONDENT

## ORDER

On December 30, 2010, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Docket Entry #1). On that same date, he also paid the $5.00 filing fee (Docket Entry #2).

The Clerk is instructed to serve a copy of the petition and this Order on the Respondent and Attorney General by regular mail.

The Court directs the Respondent to file an answer, motion, or other pleading responsive to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Court, within twenty (20) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this 11th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE