IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNY EVANS                                                              PETITIONER
ADC #118439
v.                          Case No. 5:10CV00380-BSM-JTK

RAY HOBBS, *Director*                                                     RESPONDENT
Arkansas Department of Correction

## **ORDER**

Petitioner is hereby informed of his opportunity to reply within thirty (30) days to Respondent's arguments in the response that Petitioner's claims are either procedurally barred by his failure to timely raise them in state court or are without merit because there was no error of state law. Petitioner may reply to any other argument in the Response.

SO ORDERED this 15th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE