**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JOHNNY EVANS,**                                                                      **PETITIONER**
**ADC #118439**

**v.**                                    **CASE NO. 5:10CV00380 BSM/JTK**

**RAY HOBBS, Director,**                                                            **DEFENDANTS**
**Arkansas Department of Correction**

**ORDER**

The proposed findings and recommended disposition submitted by United States

Magistrate Judge Jerome T. Kearney have been reviewed.  No objections were filed.  After

carefully considering these documents and making a *de novo* review of the record, it is

concluded that the proposed findings and recommended partial disposition should be, and

hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.      Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254

[Doc. No. 1] be dismissed with prejudice.

Dated this 5th day of June 2012.

_____
UNITED STATES DISTRICT JUDGE