IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHNNY EVANS,**                                                             **PETITIONER**
**ADC #118439**

**v.**              **CASE NO. 5:10CV00380 BSM/JTK**

**RAY HOBBS, Director,**                                    **DEFENDANTS**
**Arkansas Department of Correction**

## **JUDGMENT**

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this petition be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 5th day of June 2012.

_____
UNITED STATES DISTRICT JUDGE